# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 04, 2021

Aliera Companies, Inc.
990 HAMMOND DRIVE NE
SUITE 700
SANDY SPRINGS, GA 30328

Appeal Number: 21-12472-DD
Case Style: Noelle LeCann, et al v. Aliera Companies, Inc.
District Court Docket No: 1:20-cv-02429-AT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

This letter is to inform the parties that a corporation must be represented by licensed attorney in this Court. If counsel is not retained within 30 days from the date of this letter, the corporation will be dismissed.

> Palazzo v. Gulf Oil, 764 F. 2nd 1381, 1385 (11th Cir. 1985) provides that a corporation may only be represented by a licensed attorney in this Court.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD
Phone #: 404-335-6181

Palazzo Dktg Letter